

The following constitutes the order of the court.
Signed September 5, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## Northern District of California, Oakland Division

In Re: Garrett Yance Riller Sr. and Angela Davette Riller   Case No.: 13−45007 WJL 11
　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter: 11

## NOTICE OF STATUS CONFERENCE AND
## NOTICE OF DEFICIENCY/ORDER TO FILE REQUIRED DOCUMENTS

**YOU ARE HEREBY NOTIFIED** that a status conference on the above−captioned chapter 11 case will be held on **10/09/2013 at 10:30 AM** in courtroom 220, 1300 Clay Street, Oakland, California 94612. The debtor(s) and their attorney are required to attend. Creditors may, but need not, attend. The debtor(s) shall file a status conference statement no later than 14 days prior to the status conference. The statement shall include, without limitation, a discussion of the following subjects:

1. A brief statement of the debtor(s)' objectives in this chapter 11 case, and the means by which the debtor(s) hope to achieve those objectives;
2. Anticipated date for filing a plan and disclosure statement;
3. Status of monthly operating reports and debtor−in−possession accounts;
4. A statement regarding the status of insurance of the debtor(s)' assets;
5. Status of required post−petition payments to taxing authorities;
6. Whether the debtor has met the requirements for retaining professionals in the case;
7. Whether the debtor has met the requirements for using cash collateral and obtaining credit.

**YOU ARE FURTHER NOTIFIED** that failure to timely file the required status conference statement or appear at the status conference, or failure of the debtor(s) to appear at the §341 meeting or the United Statess trustee's Initial Debtor Interview, may result in dismissal or conversion of this case without further notice.

**YOU ARE FURTHER NOTIFIED** that the debtor(s) in the above−captioned chapter 11 case has failed to file the following required documents:

- ☐ List of Creditors
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4)
- ☑ Summary of Schedules & Statistical Summary of Certain Liabilities (Official Form 6)
- ☑ Schedule A − Real Property (Official Form 6)
- ☑ Schedule B − Personal Property (Official Form 6)
- ☑ Schedule C − Property of Claimed as Exempt (Official Form 6)
- ☑ Schedule D − Creditors Holding Secured Claims (Official Form 6)
- ☑ Schedule E − Creditors Holding Unsecured Priority Claims (Official Form 6)

- ☑ Schedule F − Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
- ☑ Schedule G − Executory Contracts and Unexpired Leases (Official Form 6)
- ☑ Schedule H − Codebtors (Official Form 6)
- ☑ Schedule I − Current Income of Individual Debtor(s) (Official Form 6)
- ☑ Schedule J − Current Expenditures of Individual Debtor(s) (Official Form 6)
- ☑ Declaration Concerning Debtor's Schedules (Official Form 6)
- ☑ Statement of Financial Affairs (Official Form 7)
- ☑ Statement of Current Monthly Income and Calculation (Form B22B)
- ☐ Exhibit D (Official Form 1)
- ☐ Compliance with Certificate of Credit Counseling Requirements
- ☐ Statement of Social Security Number or Individual Taxpayer−Identification Number (Official Form 1)
- ☐ Application for Retention of Counsel for Debtor(s) in Possession.
- ☐

**YOU ARE FURTHER NOTIFIED** that the debtor(s) must file the documents indicated above, or must file a motion to extend the time for filing such documents, within fourteen (14) days of the above signed date of this notice, or your case may be dismissed without further notice.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***