

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

**The following constitutes the order of the court.**
**Signed November 15, 2013**

_William Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| In Re:<br><br>GARRETT YANCE RILLER SR. &<br>ANGELA DAVETTE RILLER,<br><br>        Debtors | ) Case No.: 13-45007<br>) Chapter 11<br>)<br>) **FINAL ORDER ON DEBTORS' MOTION**<br>) **FOR AUTHORIZING DEBTORS TO**<br>) **UTILIZE CASH COLLATERAL (11**<br>) **U.S.C. 363)**<br>)<br>) Date: November 13, 2013<br>) Time: 10:30AM<br>) Dept: Courtroom 220<br>)<br>) |

On October 24, 2013, Debtors filed a FIRST AMENDED MOTION FOR INTERIM

AND FINAL ORDERS AUTHORIZING DEBTORS TO UTILIZE CASH COLLATERAL

(11 U.S.C. 363) (hereinafter, the "Motion"). A final hearing was scheduled for and concluded

on November 13, 2013 at 10:30AM before the Hon. William Lafferty (hereinafter, the "Final

hearing"). Notice of the final hearing and copies of the amended motion, exhibits, and

declaration in support thereof were mailed to all creditors on October 24, 2013 and again on

October 29, 2013.

Debtors, by and through their proposed counsel, Nathan D. Borris, Esq., appeared at the hearing. No other appearances were made. The Court, after finding notice of the final hearing was sufficient, and good cause appearing therefor, orders as follows:

1. With regard to cash collateral associated with the Starward Property:

   a. Debtors are hereby authorized to collect rent and shall tender payment in the amount of $1,500.00, which represents the net income from the Starward property after deducting expenses for yard maintenance, which the Debtors are hereby authorized to expend, in certified funds, to creditor Deutsche Bank National Trust Company/Specialized Portfolio Servicing, Inc. each month.

2. With regard to cash collateral associated with 7628 Ironwood Drive, Dublin, CA 94568 (hereinafter, the "Ironwood Property"):

   a. Debtors are hereby authorized to collect income and shall tender payment equivalent to the post-petition mortgage payment for the month of November 2013 for the Ironwood property, in certified funds, each month.

3. Debtors are hereby authorized to use the balance of cash collateral to pay for all expenses associated with the continued operation of their elderly care business and other expenses as reasonably necessary.

4. It is further ordered that all previous use of cash collateral precedent to Debtors' Motion dated October 24, 2013 is blessed.

5. This interim order shall remain in effect until February 28, 2014.


IT IS SO ORDERED.


***END OF ORDER***

COURT SERVICE LIST

Deutsche Bank National Trust Company
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

OCWEN Loan Servicing
12650 Ingenuity Drive
Orlando, FL 32826-2703

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

OCWEN Loan Servicing
c/o The Law Offices of Les Zieve
18377 Beach Boulevard Suite, #210
Huntington Beach, CA 92648