THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| In Re:<br><br>GARRET YANCE RILLER SR. & ANGELA DAVETTE RILLER,<br><br>        Debtors | ) Case No.: 13-45007<br>) Chapter 11<br>)<br>) **NOTICE OF PRELIMINARY HEARING**<br>) **RE ADEQUACY OF DEBTORS'**<br>) **CHAPTER 11 DISCLOSURE**<br>) **STATEMENT**<br>)<br>) Date: October 15, 2014<br>) Time: 10:30AM<br>) Dept: Courtroom 220<br>)<br>) |

<u>NOTICE OF PRELIMINARY HEARING RE ADEQUACY OF DEBTORS' CHAPTER 11 DISCLOSURE STATEMENT TO ALL INTERESTED PARTIES:</u>

PLEASE TAKE NOTICE that on **October 15, 2014 at 10:30AM** at the United States Bankruptcy Court located at 1300 Clay Street, Oakland, CA 94612 in Courtroom 220, the undersigned will bring on a Preliminary Hearing to determine the adequacy of Debtors' Chapter 11 Disclosure Statement before the Honorable William Lafferty, U.S. Bankruptcy Judge. A copy of Debtors' proposed Chapter 11 Plan dated September 10, 2014 is attached hereto.

1

DATED: September 10, 2014   THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.

<u>/s/ NATHAN D. BORRIS, ESQ.</u>
*Attorney for Debtors*