Alan Steven Wolf – Bar No. 94665
Daniel K. Fujimoto - Bar No. 158575
Mark T. Domeyer – Bar No. 135008
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Creditor, Bosco Credit LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

Garrett Yance Riller Sr. and Angela Davette Riller,

           Debtors.

CASE NO: 13-45007

CHAPTER NO. 11

**OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN**

Date: October 15, 2014
Time: 10:30 a.m.
Courtroom: 220

U.S. Bankruptcy Court
1300 Clay Street
Oakland, CA 94612

    Comes now, Franklin Credit/Bosco Credit LLC, ("Bosco Credit") a secured creditor and a party in interest and the Class 1(H) secured Creditor in accordance with the terms of the Proposed Combined Plan of Reorganization and Disclosure Statement Dated September 15, 2014 as docket entry no. 101 ("Disclosure Statement and Plan") and for its objections to approval of the Disclosure Statement Bosco Credit shows the Court as follows:

/././

/././

/././

**Facts**

Bosco Credit is the holder of a Home Equity Line of Credit Agreement and Disclosure Statement dated February 15, 2007 (the "Credit Line") in the original principal amount of $205,000.00 having a contractual fifteen year repayment term. Bosco Credit filed a proof of claim in this case setting forth a total claim in the amount of $244,131.59 (the "Claim"). The Disclosure Statement and Plan provide with regard to the Class 1H secured claim that "Debtor will pay the entire amount contractually due with interest through 360 equal monthly payments" with no explanation regarding how the proposed payments on a claim identified in the amount of $166,258.66 shall constitute payments on "the entire amount contractually due" on a claim in the amount of $244,131.59. No Motion to value the Bosco Credit Collateral was filed and no objection to the Bosco Credit claim was filed or is pending so Bosco Credit requires further disclosure as to the basis of the reduced claim amount.

Secured Creditor's counsel has attempted to resolve the objections to approval of the Disclosure Statement and Plan informally and has contacted Debtor's counsel to see if consensual plan treatment can be reached to eliminate the need for objections. In the course of those discussions Bosco Credit has learned that the Class 1H plan treatment proposed for it is modeled after a request for a voluntary loan modification sought from Bosco Credit from the Debtor. Counsel for Bosco Credit is checking on the status of the voluntary loan modification request, and if a voluntary loan modification is offered the parties agreement to modify the terms of the loan can easily be substituted for the Class 1H plan treatment and the necessary court approval for this non ordinary course transaction can be obtained as part of the plan approval process.

Counsel for Bosco Credit is seeking to confirm the status of Bosco Credit's review of the voluntary loan modification request, but as of the time of the filing of this response has not yet been able to determine the state of the review. However, until

such time as Bosco Credit shall act on the loan modification request it objects to the terms of the voluntary loan modification as the plan treatment to be accorded to it because the terms that are possible in a voluntary loan modification are determined with reference to a different set of standards than those that will result in the context of a contested confirmation hearing, where the Debtor must provide fair and equitable treatment to Bosco Credit's secured claim. In particular, unless offered as part of a voluntary loan modification Bosco Credit asserts that a 2.0% interest rate on a new 360 month term is not a commercially reasonable plan term.

Date: October 1, 2014

Respectfully submitted,

THE WOLF FIRM,
A Professional Law Corporation


By: /s/ Mark T. Domeyer
Mark T. Domeyer
Attorneys for Creditor
Bosco Credit LLC

PROOF OF SERVICE

RE: Garrett Yance Riller Sr. and Angela Davette Riller
CASE NO.: 13-45007

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine California 92614. On October 1, 2014 I served its OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN
on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS
EXHIBIT "1" AND INCORPORATED
HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 1, 2014, at Irvine, California.

/S/ Matthew D. Levington
Matthew D. Levington

EXHIBIT "1"

RE: Garrett Yance Riller Sr. and Angela Davette Riller
CASE NO.: 13-45007

**Debtor**:
Garrett Yance Riller Sr.
7733 Bloomfield Terrace
Dublin, CA 94568

**Joint Debtor**:
Angela Davette Riller
7733 Bloomfield Terrace
Dublin, CA 94568

**Debtors' Counsel**:
Nathan David Borris
Law Offices of Nathan D. Borris
21550 Foothill Boulevard 2nd Floor
Hayward, CA 94541

**U.S. Trustee**:
Office of the U.S. Trustee - Oakland
1301 Clay Street, Suite 690N
Oakland, CA 94612

**Attorney for U.S. Trustee**:
Julie M. Glosson
Office of the U.S. Trustee - San Francisco
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

**Attorney for U.S. Trustee**:
Barbara A. Matthews
Office of The United States Trustee
1301 Clay Street #690N
Oakland, CA 94512

**Judge:**
Hon. William J. Lafferty
Attention: Chambers Copies
P O Box 2070
Oakland, CA 94604-2070

**Interested Party:**
Joseph Rodrigues
Office of the State Long-Term Care Ombud
California Department of Aging
1300 National Drive, Suite 200
Sacramento, CA 95834

**OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN**
**806-2861**