**Entered on Docket**
**May 28, 2015**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Nathan D. Borris, Esq.
SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

**The following constitutes the order of the court.**
**Signed May 28, 2015**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>GARRETT YANCE RILLER SR. &<br>ANGELA DAVETTE RILLER,<br><br>              Debtors | Case No.: 13-45007<br>Chapter 11<br><br>**ORDER ON MOTION TO MODIFY**<br>**CONFIRMED CHAPTER 11 PLAN** |

On May 6, 2015, Debtors filed a motion to modify their confirmed chapter 11 plan.

The court finds that notice of the motion was proper. All creditors having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

1. With respect to the treatment of Class 1H Creditor OCWEN Loan Servicing, the paragraph beginning with "**" on Page 4 of the Plan is hereby modified to state the following:

    a. "Debtor shall make the payment above directly to Class 1H Creditor. Debtor shall also pay concurrently with the principal and interest payments and directly to Class 1H Creditor each month the sums of $88.46 per month for 252 months toward curing an escrow shortage, which had been advanced by Creditor to pay taxes and insurance for the period between November 2013 and March 2014 in the total amount of $22,292.98,

$348.47 per month for ongoing property tax payments, until such amounts change due to property value reassessment or other increase/decrease in semi-annual property tax assessments by the Alameda County Tax Assessor, and $55.67 per month for the annual hazard insurance policy premium, which currently stands at $668.00, annually.  In order to provide sufficient notice to Debtors of any subsequent change in property tax or insurance payments, Creditor shall provide to Debtors an annual escrow analysis specifying any changed amounts.  Payments to Class 1H Creditor shall commence July 1, 2015."

2. No other provisions of the Plan are hereby modified.

***END OF ORDER***

Court Service List